1   KENNETH H. WINE (#142385)
    Hallinan & Wine

2   345 Franklin Street
    San Francisco, CA  94102

3   Telephone:  (415) 621-2400
    Facsimile: (415) 575-9930

4   email: kenwine@hotmail.com

5   Counsel for JAMIA LEWIS

6

7               IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,       )  CR-15-252 JSW (KW)
                            )

11                    Plaintiff,    )  STIPULATION FOR ORDER TO
                            )  TRAVEL; [~~PROPOSED~~] ORDER

12        v.                    )  THEREON
                            )

13 JAMIA LEWIS,              )  **Date of Travel: October 6, 2016**
                            )

14                Defendants.  )

15   _____)

16         The parties stipulate as follows:

17         1.    The travel order is requested by Kenneth Wine, appointed pursuant to the CJA to

18 represent Defendant Jamia Lewis.  This request seeks permission for Ms. Lewis to travel to Los Angeles

19 by car from October 6 to October 11, 2016.  The purpose of this trip is to introduce Ms. Lewis' 3-month

20 old baby daughter to family in Los Angeles.

21         2.    I have spoken to U.S. Pretrial Services Officer, Kalisi Kupu, and she has informed

22 me that she has no objection to the travel.

23         3.    I have spoken with the AUSA assigned to the case, Tom Newman, and he has no

24 objection to the travel.

25

26

STIP/ORDER FOR TRAVEL

DATED: September 30, 2016                    /s/ Kenneth Wine
                                             Kenneth H. Wine, Esq.
                                             Attorney for Defendant
                                             JAMIA LEWIS

DATED: September 30, 2016                    /s/ Tom Newman
                                             Tom Newman, AUSA
                                             Attorney for Plaintiff
                                             UNITED STATES

**ORDER**

It is hereby ordered that Defendant Jamia Lewis has permission to travel from Fairfield, CA to Los Angeles from October 6, 2016 to October 11, 2016.  Defendant shall notify her Pretrial Services Officer immediately upon her return from Los Angeles.

DATED: ~~September~~ October 3 ____, 2016

HON. KANDIS WESTMORE
U.S. DISTRICT COURT