1  KENNETH H. WINE(#142385)
   Hallinan & Wine
2  345 Franklin Street
   San Francisco, CA  94102
3  Telephone:  (415) 621-2400
   Facsimile: (415) 575-9930
4  email: kenwine@hotmail.com

5  Counsel for JAMIA LEWIS

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,              )   CR-15-252 JSW (KW)
11                                     )
                    Plaintiff,         )   STIPULATION FOR ORDER TO
12                                     )   TRAVEL; [PROPOSED] ORDER
        v.                             )   THEREON
13                                     )
JAMIA LEWIS,                           )   **Date of Travel: November 23, 2016**
14                                     )
                    Defendants.        )
15  _____)

16         The parties stipulate as follows:

17         1.      The travel order is requested by Kenneth Wine, appointed pursuant to the CJA to

18  represent Defendant Jamia Lewis.  This request seeks permission for Ms. Lewis to travel to Los Angeles

19  by car from November 23 to November 27, 2016.  The purpose of this trip is to introduce Ms. Lewis'

20  5-month old baby daughter to family in Los Angeles and celebrate Thanksgiving.

21         2.      I have spoken to U.S. Pretrial Services Officer, Kalisi Kupu, and she has informed

22  me that she has no objection to the travel.

23         3.      I have spoken with the AUSA assigned to the case, Tom Newman, and he has no

24  objection to the travel.

25

26

STIP/ORDER FOR TRAVEL

1

2   DATED: November 15, 2016        /s/ Kenneth Wine
                                            Kenneth H. Wine, Esq.

3                                            Attorney for Defendant
                                          JAMIA LEWIS

4

5   DATED: November 15, 2016        /s/ Tom Newman
                                            Tom Newman, AUSA

6                                            Attorney for Plaintiff
                                          UNITED STATES

7

8

9                                         **ORDER**

10        It is hereby ordered that Defendant Jamia Lewis has permission to travel from Fairfield,

11   CA to Los Angeles from November 23 to November 27, 2016.  Defendant shall notify her Pretrial

12   Services Officer immediately upon her return from Los Angeles.

13

14   DATED: November  15  , 2016

15                                            HON. KANDIS WESTMORE
                                          U.S. DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26