KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA  94102
Telephone:  (415) 621-2400
Facsimile: (415) 575-9930
email: kenwine@hotmail.com

Counsel for JAMIA LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JAMIA LEWIS,<br><br>                Defendants. | CR-15-252 JSW (KW)<br><br>STIPULATION FOR ORDER TO TRAVEL; [~~PROPOSED~~] ORDER THEREON<br><br>**Date of Travel: December 28, 2016** |

The parties stipulate as follows:

1.     The travel order is requested by Kenneth Wine, appointed pursuant to the CJA to represent Defendant Jamia Lewis.  This request seeks permission for Ms. Lewis to travel to Los Angeles by car from December 28, 2016 to January 1, 2017.  The purpose of this trip is to introduce Ms. Lewis' 6-month old baby daughter to family in Los Angeles and celebrate the holidays.  Despite the Court granting two previous requests for travel, Ms. Lewis was unable to make either of those planned trips.

2.     I have spoken to U.S. Pretrial Services Officer, Kalisi Kupu, and she has informed me that she has no objection to the travel.

3.     I have spoken with the AUSA assigned to the case, Tom Newman, and he has no objection to the travel.

STIP/ORDER FOR TRAVEL

DATED: December 22, 2016                /s/ Kenneth Wine
                                        Kenneth H. Wine, Esq.
                                        Attorney for Defendant
                                        JAMIA LEWIS

DATED: December 22, 2016                /s/ Tom Newman
                                        Tom Newman, AUSA
                                        Attorney for Plaintiff
                                        UNITED STATES

**ORDER**

It is hereby ordered that Defendant Jamia Lewis has permission to travel from Fairfield, CA to Los Angeles from December 28, 2016 to January 1, 2017. Defendant shall notify her Pretrial Services Officer immediately upon her return from Los Angeles.

DATED: December  22 , 2016              /s/ Kandis Westmore
                                        HON. KANDIS WESTMORE
                                        U.S. DISTRICT COURT