1  KENNETH H. WINE(#142385)
   Hallinan & Wine
2  345 Franklin Street
   San Francisco, CA  94102
3  Telephone:  (415) 621-2400
   Facsimile: (415) 575-9930
4  email: kenwine@hotmail.com

5  Counsel for JAMIA LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-15-252 JSW (KW) |
|---|---|---|
| Plaintiff, | ) | STIPULATION FOR ORDER TO TRAVEL; [~~PROPOSED~~] ORDER THEREON |
| v. | ) | |
| JAMIA LEWIS, | ) | **Date of Travel: March 10, 2017** |
| Defendants. | ) | |

The parties stipulate as follows:

1. The travel order is requested by Kenneth Wine, appointed pursuant to the CJA to represent Defendant Jamia Lewis. This request seeks permission for Ms. Lewis to travel to Los Angeles by car from March 10, 2017 to March 13, 2017. The purpose of this trip is to introduce Ms. Lewis' 9-month old baby daughter, Ivy, to relatives in Los Angeles that have not yet met the baby.

2. I have spoken to U.S. Pretrial Services Officer, Kalisi Kupu, and she has informed me that she has no objection to the travel.

3. I have spoken with the AUSA assigned to the case, Tom Newman, and he has no objection to the travel.

STIP/ORDER FOR TRAVEL

DATED: March 2, 2017            /s/ Kenneth Wine
Kenneth H. Wine, Esq.
Attorney for Defendant
JAMIA LEWIS

DATED: March 2, 2017            /s/ Tom Newman
Tom Newman, AUSA
Attorney for Plaintiff
UNITED STATES

**ORDER**

It is hereby ordered that Defendant Jamia Lewis has permission to travel from Fairfield, CA to Los Angeles from March 10, 2017 to March 13, 2017. Defendant shall notify her Pretrial Services Officer immediately upon her return from Los Angeles.

DATED: March  3 , 2017            HON. KANDIS WESTMORE
U.S. DISTRICT COURT