KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA  94102
Telephone:  (415) 621-2400
Facsimile: (415) 575-9930
email: kenwine@hotmail.com

Counsel for JAMIA LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-15-252 JSW (KW) |
|---|---|---|
| Plaintiff, | ) | STIPULATION FOR ORDER TO TRAVEL; [~~PROPOSED~~] ORDER THEREON |
| v. | ) | |
| JAMIA LEWIS, | ) | **Date of Travel: April 22, 2017** |
| Defendants. | ) | |

The parties stipulate as follows:

1.     The travel order is requested by Kenneth Wine, appointed pursuant to the CJA to represent Defendant Jamia Lewis.  This request seeks permission for Ms. Lewis to travel to Los Angeles by car from April 22, 2017 to April 30, 2017.  The purpose of this trip is to attend a family reunion and to introduce her newborn to family and friends.

2.     I have communicated with U.S. Pretrial Services Officer, Kalisi Kupu, and she has informed me that she has no objection to the travel.

3.     I have communicated with the AUSA assigned to the case, Tom Newman, and he has no objection to the travel.

STIP/ORDER FOR TRAVEL

DATED: April 11, 2017 /s/ Kenneth Wine
Kenneth H. Wine, Esq.
Attorney for Defendant
JAMIA LEWIS

DATED: April 11, 2017 /s/ Tom Newman
Tom Newman, AUSA
Attorney for Plaintiff
UNITED STATES

**ORDER**

It is hereby ordered that Defendant Jamia Lewis has permission to travel from Fairfield, CA to Los Angeles from April 22, 2017 to April 30, 2017. Defendant shall notify her Pretrial Services Officer prior to immediately upon her return from Los Angeles.

DATED: April 13, 2017

HON. KANDIS WESTMORE
U.S. DISTRICT COURT