KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930
email: kenwine@hotmail.com

Counsel for JAMIA LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-15-252 JSW (KW) |
| Plaintiff, | STIPULATION FOR ORDER TO TRAVEL; [PROPOSED] ORDER THEREON |
| v. | |
| JAMIA LEWIS, | |
| Defendants. | |

The parties stipulate as follows:

1. The travel order is requested by Kenneth Wine, appointed pursuant to the CJA to represent Defendant Jamia Lewis. This request seeks permission for Ms. Lewis to travel to Los Angeles by car from June 30, 2017 to July 6, 2017. The purpose of this trip is to attend a family reunion and to acquaint her new baby with her in-laws family and friends.

2. This travel order also seeks to permit Ms. Lewis to travel to Huntsville, Alabama to visit family and friends and introduce her baby, from August 3, 2017 to August 15, 2017.

3. All details of the travel – including mode of transportation, address location, flight schedule, and phone numbers – either have or will be provided to Pretrial Services prior to travel.

4. I have communicated with U.S. Pretrial Services Officer, Kalisi Kupu, and she has informed me that she has no objection to the travel.

STIP/ORDER FOR TRAVEL

5. I have communicated with the AUSA assigned to the case, Tom Newman, and he has no objection to the travel.

DATED: June 23, 2017  /s/ Kenneth Wine
Kenneth H. Wine, Esq.
Attorney for Defendant
JAMIA LEWIS

DATED: June 23, 2017  /s/ Tom Newman
Tom Newman, AUSA
Attorney for Plaintiff
UNITED STATES

**ORDER**

It is hereby ordered that Defendant Jamia Lewis has permission to travel from Fairfield, CA to Los Angeles from June 30, 2017 to July 6, 2017; and from Fairlfield, CA to Huntsville, Alabama from August 3, 2017 to August 15, 2017. Defendant shall provide details of the travel, including mode of transportation, address location, flight schedule, and phone numbers, to Pretrial prior to each traveling.

Defendant shall notify her Pretrial Services Officer immediately upon her return from Los Angeles, and upon her return from Huntsville.

DATED: June 23, 2017

HON. KANDIS WESTMORE
U.S. DISTRICT COURT