KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930
email: kenwine@hotmail.com

Counsel for JAMIA LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-15-252 JSW (KW) |
| ) | |
| Plaintiff, ) | STIPULATION FOR ORDER TO |
| ) | TRAVEL; [PROPOSED] ORDER |
| v. ) | THEREON |
| ) | |
| JAMIA LEWIS, ) | **Date of Travel: December 23, 2017** |
| ) | |
| Defendants. ) | |

The parties stipulate as follows:

1. The travel order is requested by Kenneth Wine, appointed pursuant to the CJA to represent Defendant Jamia Lewis. This request seeks permission for Ms. Lewis to travel to Los Angeles by car from December 23, 2017 to January 2, 2018. The purpose of this trip is to attend a family reunion and celebrate Christmas with family and friends.

2. I have communicated with U.S. Pretrial Services Officer, Kalisi Kupu, and she has informed me that she has no objection to the travel.

3. I have communicated with the AUSA assigned to the case, Jose Olivera, and he has no objection to the travel.

STIP/ORDER FOR TRAVEL

DATED: December 6, 2017        /s/ Kenneth Wine  
Kenneth H. Wine, Esq.  
Attorney for Defendant  
JAMIA LEWIS

DATED: December 6, 2017        /s/ Jose Olivera  
Jose Olivera, AUSA  
Attorney for Plaintiff  
UNITED STATES

**ORDER**

It is hereby ordered that Defendant Jamia Lewis has permission to travel from Fairfield, CA to Los Angeles from December 23, 2017 to January 2, 2018. Defendant shall notify her Pretrial Services Officer prior to immediately upon her return from Los Angeles.

DATED: December __12__, 2017        _____  
HON. KANDIS WESTMORE  
U.S. DISTRICT COURT